UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JR 1, *et al.*,

      Plaintiffs,

v.

TIMOTHY HERTZ, *et al.*,

      Defendants.

_____/

Case No. 23-cv-12164
Hon. Matthew F. Leitman

**ORDER (1) GRANTING DEFENDANTS' MOTION TO STAY NON-PARTY COMPLIANCE WITH SUBPOENAS (ECF No. 47) AND (2) REFERRING MOTION TO QUASH SUBPOENAS (ECF No. 50) TO ASSIGNED MAGISTRATE JUDGE**

In this action, Plaintiffs seek damages arising out of Defendants' alleged actis and omissions following a motor vehicle accident. (*See* Compl., ECF No, 1.) On September 16, 2024, Plaintiffs served subpoenas on eight non-parties seeking documents and other evidence that Plaintiffs say is relevant to their claims. (*See* Subpoenas, ECF Nos. 47-5.)

Defendants have now filed two motions related to the subpoenas. First, Defendants ask the Court to quash the subpoenas. (*See* Mot. to Quash, ECF No. 50.) Second, Defendants ask the Court to stay compliance with the subpoenas until a decision on their motion to quash is issued. (*See* Mot. to Stay, ECF No. 47.)

1

The Court held an on-the-record status conference with counsel for all parties to discuss Defendants' motions on September 26, 2024. As discussed during that status conference, Defendants' motion to stay compliance with the subpoenas (ECF No. 47) is **GRANTED**. No person or entity served with one of the subpoenas identified in Defendants' motion to stay need respond to that subpoena until further order of the Court. In addition, the Court hereby **REFERS** Defendants' motion to quash the subpoenas to the assigned Magistrate Judge.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 26, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126