UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JR 1, *et al.*,

        Plaintiffs,

v.

TIMOTHY HERTZ, *et al.*,

        Defendants.

Case No. 23-cv-12164
Hon. Matthew F. Leitman

_____/

**ORDER (1) GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 125, 147); AND (2) TERMINATING DEFENDANTS' MOTIONS TO STRIKE EXPERT WITNESSES WITHOUT PREJUDICE AS MOOT (ECF Nos. 124, 126)**

On October 14, 2025, the Court held a hearing on several motions in this case. At the conclusion of the hearing, the Court provided the parties a lengthy oral ruling in which it explained in detail the reasons for its decisions on the pending motions. For the reasons explained on the record, **IT IS HEREBY ORDERED** as follows:

- Defendant Jeremy France's motion for summary judgment (ECF No. 125) and Defendants Michael Angeleri's and the City of Roseville's motion for summary judgment (ECF No. 147) are **GRANTED** in their entirety; and

1

- In light of the Court's rulings described above, Defendants' motions to strike expert witness testimony (ECF Nos. 124, 126) are **TERMINATED WITHOUT PREJUDICE AS MOOT**.

                                                      s/Matthew F. Leitman  
                                                      MATTHEW F. LEITMAN  
                                                      UNITED STATES DISTRICT JUDGE

Dated: October 14, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2025, by electronic means and/or ordinary mail.

                                                       s/Holly A. Ryan  
                                                     Case Manager  
                                                     (313) 234-5126