UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JR 1, *et al.*,

      Plaintiffs,

v.

TIMOTHY HERTZ, *et al.*,

      Defendants.

Case No. 23-cv-12164
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the orders entered on this day,

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Defendants Jeremy France, Michael Angeleri, and the City of Roseville, and against Plaintiffs.

**IT IS FURTHER ORDERED** that Count One of the First Amended Complaint brought against Defendants Timothy Hertz and Macomb Towing, LLC is **REMANDED** to the Wayne County Circuit Court.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                            By:    s/Holly A. Ryan
                                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 14, 2025
Detroit, Michigan